# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| P.S., a minor, by Carly and Lee Schiesser, his parents and natural Guardians, | Civil No. 12-1903 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Sanford Clinic North, a North Dakota corporation, | |
| Defendant. | |

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: August 3, 2012

> s/Richard H. Kyle
> RICHARD H. KYLE
> United States District Judge