UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| P.S., a minor, by Carly and Lee Schiesser, his parents and natural guardians,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sanford Clinic North, a North Dakota Corporation,<br><br>　　　　　　　Defendant. | CASE #12-cv-01903-RHK-LIB<br><br>**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)** |

TO:   UNITED STATES DISTRICT COURT, DISTRICT OF MINNESOTA

Plaintiff hereby dismisses the above action without prejudice.

Defendant has not been served with the Summons and Complaint and therefore has not served an answer or a motion for summary judgment.

SCHWEBEL GOETZ & SIEBEN, P.A.

Dated: August 8, 2012     By: /s/ John C. Goetz
John C. Goetz (#35634)
ATTORNEYS FOR THE PLAINTIFF
5120 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2246
Telephone: 612-377-7777